IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHARLES DAVID WOODS                                     PLAINTIFF

VS.                      CASE NO. 03-1189

NICHOLAS H. PATTON and
PATTON, TIDWELL & SCHROEDER,
L.L.P.                                                 DEFENDANTS

## ORDER

Before the Court is Defendant Nicholas H. Patton and Patton, Tidwell & Schroeder, L.L.P.'s Motion for Summary Judgment. The Plaintiff Charles David Woods has responded. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendants' Motion for Summary Judgment should be and hereby is **granted**. Accordingly, the Plaintiff's Complaint against the Defendants is hereby dismissed.

IT IS SO ORDERED, this 24th day of August, 2005.

                                                             /s/Harry F. Barnes
                                                             Hon. Harry F. Barnes
                                                             United States District Judge